Not for Publication

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **KATHY SHOULARS,** *on behalf of herself and all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>**HALSTED FINANCIAL SERVICES, LLC** and **DNF ASSOCIATES LLC,**<br><br>Defendants. | Civil Action No.: 21-16560 (ES) (ESK)<br><br>ORDER |

**SALAS, DISTRICT JUDGE**

Before the Court are defendants Halsted Financial Services, LLC ("Halsted") and DNF Associates LLC ("DNF") (together, "Defendants") motions to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). (D.E. Nos. 19 & 20). Having considered the parties' submissions, the Court decides the matter without oral argument. *See* Fed. R. Civ. P. 78(b); L. Civ. R. 78.1(b). For the reasons set forth in the Court's accompanying Opinion,

**IT IS** on this 12th day of September 2022,

**ORDERED** that Defendants' motions to dismiss (D.E. Nos. 19 & 20) are **GRANTED**; and it is further

**ORDERED** that Plaintiff's Amended Complaint is **DISMISSED** *with prejudice*; and it is further

**ORDERED** that the Clerk of Court shall **CLOSE** this matter.

*s/Esther Salas*
**Esther Salas, U.S.D.J.**